IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: LARRY KALLEMBACH as the
Intervenor Intervention of my Fundamental
Right as Claimant
Platteville, Wisconsin
DARREL KALLEMBACH as the witness i.e.
Witness Protection Act 18 USCA Section
1512-1515

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-736-bbc

Plaintiff,

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing plaintiff's case for lack of jurisdiction.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

DEC 1 0 2009
Date